SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, WESLEY SMILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WESLEY SMILEY,  )<br>  )<br>Defendant.  )<br>_____ ) | CASE NUMBER: 1:06-CR-00171-OWW<br><br>REQUEST FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |

Defendant WESLEY SMILEY, by and through his counsel of record, SALVATORE SCIANDRA, hereby moves this Court for an Order exonerating the bond for reconveyance of real property.

On Wednesday, October 25, 2006, defendant SMILEY appeared before Magistrate Judge Beck for a Detention Hearing and on the recommendation of Pre-Trial Services Supervision the property bond is to be exonerated and defendant has procured a $50,000.00 unsecured bond.

Respectfully submitted,

DATED: October 31, 2006            /s/ Salvatore Sciandra
                                                    SALVATORE SCIANDRA
                                                    Attorney for Defendant,
                                                    WESLEY SMILEY

/ / /

/ / /

/ / /

1  / / /

2  **<u>ORDER</u>**

3  IT IS HEREBY ORDERED that the property bond in the above-caption matter be exonerated
4  and title to the real property securing bond be reconveyed to Eric and Trena Greggins, 2645 Yerba
5  Street, Selma, California 93662.

7  IT IS SO ORDERED.

8  **Dated:** **November 15, 2006**        **/s/ Dennis L. Beck**
   3b142a                                  UNITED STATES MAGISTRATE JUDGE