# United States District Court

____Eastern____ DISTRICT OF ____California____

**FILED**

PR 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Wesley Smiley

Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 1: 06 CR-00171-OWW
(007)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _Courtroom #7_

_Judge Snyder,_ on _April 17, 2007_ Place _1:30 pm_
_U.S. District Court_     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT     YELLOW - DEFENDANT     BLUE - U.S. ATTORNEY     PINK - U.S. MARSHAL     GREEN - PRETRIAL SERVICES

PRINTED ON RECYCLED PAPER

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6) The defendant is placed in the custody of:
       (Name of person or organization) _____
       (Address)_____
       (City and State)_____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                             Signed: _____
                                                              Custodian or Proxy

(   ) (7) The defendant shall:
      ( ) (a) maintain or actively seek employment.
      ( ) (b) maintain or commence an educational program.
      ( ) (c) abide by the following restrictions on his personal associations, place of abode, or travel:

           _____
           _____

      ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:

           _____

      ( ) (e) report on a regular basis to the following agency:

      ( ) (f) comply with the following curfew: _____

      ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
      ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
      ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____

      ( ) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____

      ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____

      ( ) (l) execute a bail bond with solvent sureties in the amount of $ _____.
      ( ) (m) return to custody each (week)day as of _____o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

      ( ) (n) surrender any passport to _____
      ( ) (o) obtain no passport.
      XX (p) _____ All previously imposed conditions of release remain in full force & effect; defendant is to reside only with his mother, and have no other house.____