SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, WESLEY SMILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY SMILEY,<br><br>Defendant. | CASE NUMBER: 1:06-CR-00171-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br>Date:       Monday, May 5, 2008<br>Time:       10:00 a.m.<br>Courtroom: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

Defense Counsel's Informal Objections due to Probation and AUSA: move from April 14, 2008 to June 2, 2008.

Formal Objections to be filed with the Court and served on Probation and AUSA:  move from April 28, 2008 to June 16, 2008.

RPO Hearing:  move from May 5, 2008 at 10:00 a.m. to June 23, 2008 at 10:00 a.m.

/ / /

/ / /

Further time is needed for defense counsel to review psychological reports that were just received and to have already approved psychiatric evaluation completed.

Respectfully submitted,

DATED: April 14, 2008                         /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
                                              Attorney for Defendant,
                                              WESLEY SMILEY

DATED: April 14, 2008                         /s/   Laurel J. Montoya
                                              Laurel J. Montoya
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   April 14, 2008**                   **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE