1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, WESLEY SMILEY

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:06-CR-00171-OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR A |
| ) | RESETTING OF HEARING ON |
| v. ) | REPORT OF PROBATION OFFICER |
| ) | |
| WESLEY SMILEY, ) | Date:     Monday, June 23, 2008 |
| ) | Time:     10:00 a.m. |
| Defendant. ) | Courtroom:  Honorable Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

  Formal Objections to be filed with the Court and served on Probation
  and AUSA:  move from June 16, 2008 to July 21, 2008.

  RPO Hearing:  move from June 23, 2008 at 10:00 a.m. to July 28, 2008
  at
  10:00 a.m.

  Additional time is needed for further investigation of sentencing issues.

                                              Respectfully submitted,


DATED: June 18, 2008                          /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
                                              Attorney for Defendant,
                                              WESLEY SMILEY

1  / / /
   / / /
2
   / / /
3
   / / /
4
   / / /
5
   DATED: June 18, 2008                    /s/  Laurel J. Montoya
6                                          Laurel J. Montoya
                                           Assistant United States Attorney
7

8
   IT IS SO ORDERED.
9
   **Dated:   June 18, 2008**              **/s/ Oliver W. Wanger**
10                                         UNITED STATES DISTRICT JUDGE