```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  Federal Building Suite 4401
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   1:06-cr-00171 OWW
                                )
12            Plaintiff,        )
                                )   ORDER TO PRODUCE EVIDENCE FOR
13                              )   TESTING BY DEFENSE EXPERT
         v.                     )
14                              )
                                )
15  WESLEY SMILEY,              )
                                )
16            Defendant.        )
                                )
17
```

18      UPON THE REQUEST OF THE DEFENDANT for an order which requires

19 the Government to produce the following exhibit(s), to-wit:

20      Exhibit Number: 30

21      DEA Laboratory Number: 7132662

22 as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED,

23 PURCHASED OR SEIZED, having the Case File No. R9-03-0118, and

24 dated March 13, 2006, for qualitative analysis and identification

25 of the controlled substance contained therein by a defense expert,

26      IT IS HEREBY ORDERED in accordance with FED.R.CRIM.P

27 16(a)(1)(E), that the Government shall allow the defense to

28 independently inspect and analyze a representative sample from

1 each of the above-listed drug exhibit; and

2    IT IS FURTHER ORDERED that a Drug Enforcement Administration
3 (DEA) Special Agent or Task Force Officer shall deliver the drug
4 exhibit(s) identified above to chemist Bill Posey, of the Central
5 Valley Toxicology, Incorporated, DEA Registration No. RC0112095,
6 located at 1521 Tollhouse Road, Suite J, Clovis, California, with
7 telephone number 559-323-9940.  The DEA Western Laboratory shall
8 arrange the delivery of said representative sample on or before
9 July 17, 2008, to the DEA Special Agent or Task Force Officer for
10 delivery to Bill Posey, of the Central Valley Toxicology,
11 Incorporated; and

12    IT IS FURTHER ORDERED, that upon delivery of the exhibit
13 identified above to the defense expert, that a DEA Special Agent
14 or Task Force Officer shall be present when the defense expert
15 inspects, weighs and removes a representative sample of the
16 exhibit(s) identified above for analysis.  The representative
17 sample shall be in the amount of 500 mg or not more than one-half
18 (1/2) the current reserve weight, if less than 1 gram presently
19 remains as the reserve weight, from each of the above-described
20 exhibit.  The weight of each representative sample taken shall be
21 documented and signed by the defense expert and provided to the
22 DEA Special Agent or Task Force Officer in attendance.  Upon the
23 completion of the sample removal and weighing, the defense expert
24 shall, forthwith, return the remaining above-listed exhibit to the
25 DEA Agent and Task Force Officer in attendance; and

26    IT IS FURTHER ORDERED, that the defense expert shall conduct
27 the qualitative analyses and identification ordered herein, and
28 shall provide the Government with an Unsworn Declaration Under

1  Penalty of Perjury, under 28 U.S.C. § 1746, executed by the
2  individual who conducted the analyses, or the head of the facility
3  where the analyses occurred, which states the quantity of each
4  exhibit consumed during testing, and either the weight of each
5  exhibit returned to the Government, or a statement that all sample
6  was consumed during testing; and

7       IT IS FURTHER ORDERED that all remaining material of the
8  sample, after testing, is to be returned by Bill Posey to the DEA
9  Western Laboratory via registered U.S. mail, return receipt
10 requested, or approved commercial carrier, within five (5)
11 business days after the completion of analyses; and

12      IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P.
13 16(b)(1)(B), that the defendant shall provide the Government with
14 a copy of the results or report of the physical examinations and
15 scientific tests or experiments which resulted from the analyses
16 conducted under this Order: and

17      IT IS FURTHER ORDERED, that Bill Posey is to safeguard the
18 representative sample received, preserving the chain of custody in
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3

a manner to faithfully protect the integrity of each exhibit received.

IT IS SO ORDERED.

**Dated:   July 18, 2008**                             /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE